In the Matter of the Claim of LEE LOH YOUNG, Respondent, against FAMOUS TRADING CORP. et al., Appellants. WORKMEN's COMPENSATION BOARD, Respondent.

Argued October 20, 1954; decided December 2, 1954.

Samuel Schub and Milton B. Pfeffer for appellants.

Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown and Roy Wiedersum of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.